IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor,       Petitioner,    vs.  TRASH MAN, LLC, a limited liability company; CEMENT WASHOUT SERVICES, LLC, a limited liability company; HOKULEA HAULING & RECYCLING, LLC, a limited liability company,       Respondents. | Civil No. 12-00169 HG-KSC |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION REGARDING ATTORNEYS' FEES AND COSTS (ECF No. 34)**

Findings and Recommendation having been filed and served on all parties on April 16, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Regarding Attorneys' Fees and

//

//

//

//

//

Costs" are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: May 7, 2013, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge

Seth D. Harris, Acting Secretary of Labor, United States Department of Labor v. Trash Man, LLC; Cement Washout Services, LLC; Hokulea Hauling & Recycling, LLC; Civil No. 12-00169 HG-KSC; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION REGARDING ATTORNEYS' FEES AND COSTS (ECF No. 34).**